IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

  v.                          No. 05-60016-001

RANULFO VASQUEZ-MARTINEZ                                    DEFENDANT

## ORDER

Now on this 14th day of February 2006, there comes on for consideration the Magistrate Judge's Report and Recommendation filed herein on February 9, 2006 by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 42). The parties have advised the Court that they have no objections to the report and recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Suppress (Doc. 35) is GRANTED as to the September 20, 2005, telephone statement and DENIED as to the September 22, 2005, statements.

IT IS SO ORDERED this 14th day of February, 2006.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge